THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
ALEXANDER H. REAVY, Appellant.

104a 683
164 145

(Argued February 2, 1887; decided March 1, 1887.)

*A. Suydam* for appellant.

*McKenzie Semple* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM H. VAN OSTRAN, an Infant, etc, Respondent, *v.*
THE NEW YORK CENTRAL & HUDSON RIVER RAILROAD
COMPANY, Appellant.

(Argued February 4, 1887; decided March 1, 1887.)

*William H. Adams* for appellant.

*Harold E. Hills* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO and EARL JJ not voting.
Judgment affirmed.

---

JOHN MURRAY, an Infant, etc., Respondent, *v.* HENRY A.
SMITH, Appellant.

(Argued February 7, 1887; decided March 1, 1887.)

*Edward C. Ripley* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.